*sell M. Chase, Mr. Charles A. Blair* and *Mr. Henry E. Chase* for defendants in error.

---

No. —, Original. *Ex parte:* IN THE MATTER OF THE CHI-CAGO TITLE AND TRUST COMPANY, PETITIONER. January 2, 1906. Motion for leave to file petition for a writ of mandamus denied. *Mr. Joseph E. Paden* and *Mr. Newton Wyeth* for petitioner. *Mr. Henry S. Robbins, Mr. Wallace Heckman* and *Mr. James G. Elsdon* for respondents.

---

No. 175. EMPIRE STATE-IDAHO MINING AND DEVELOPING COMPANY, APPELLANT, *v.* BUNKER HILL AND SULLIVAN MINING AND CONCENTRATING COMPANY. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. Motion to dismiss submitted December 18, 1905. Decided January 8, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Colorado Central Mining Company* v. *Turck,* 150 U. S. 138; *Press Publishing Company* v. *Monroe,* 164 U. S. 105; *Blackburn* v. *Portland Gold Mining Company,* 175 U. S. 571; *Spencer* v. *Duplan Silk Company,* 191 U. S. 526; *Shoshone Mining Company* v. *Rutter,* 177 U. S. 505. *Mr. George Turner, Mr. W. B. Heyburn* and *Mr. F. T. Post* for appellant. *Mr. Curtis H. Lindley, Mr. Henry Eickhoff* and *Mr. M. A. Folsom* for appellee.

---

No. 114. JOHN S. MCCALLA, APPELLANT, *v.* ALMA MAZO ACKER, EXECUTRIX OF CALVIN S. ACKER, DECEASED. Appeal from the Supreme Court of the Territory of Oklahoma. Submitted December 7, 1905. Decided January 8, 1906. *Per Curiam.* Decree affirmed with costs. *Winebrenner* v. *Forney,* 189 U. S. 148. *Mr. S. H. Harris* and *Mr. Fred Beall* for appellant. *Mr. Chester Howe* for appellee.